## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Lagale Brown**

_____

_____

**- against -**

_____

_____ *(In the space above enter the full name(s) of the plaintiff(s* S *)* _____

UNKNOWN AGENCY UNDER FTCA

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
*(In the space above enter the full name(s) of the defendant(s). If you*
*cannot fit the names of all of the defendants in the space provided,*
*please write "see attached" in the space above and attach an*
*additional sheet of paper with the full list of names. The names listed in*
*the above caption must be identical to those contained in Part I.*
*Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  x☐ Yes    ☐ No

(check one)

A.    List your name, address and telephone number.  If you are presently in custody, include your identification
I.    **Parties in this complaint:**
      address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach
      additional sheets of paper as necessary.

Plaintiff          Name

                   Street Address          Lagale Brown

                   County, City            Delaware County Clifton Heights

                   State & Zip Code        Pennsylvania 19018

                   Telephone Number        6108035415

                                           _____

*Rev. 10/2009*                             _____

                                           _____

                                           _____

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name_____

StreetAddress_____

County,  City  _____

State & Zip Code _____


Defendant No. 2    Name  _____

Street  Address  _____

County,  City  _____

State & Zip Code _____


Defendant No. 3    Name  _____

Street  Address  _____

County,  City  _____

State & Zip Code _____


Defendant No. 4    Name  _____

Street  Address  _____

County,  City  _____

State & Zip Code _____


## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
Q  Federal Questions          Q  Diversity of Citizenship


B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at

issue? _____

_____

_____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

| What happened to you? | C.      Facts: _____ |
| --- | --- |

Who did what?

Was anyone else involved?

Who else saw what happened?

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____ , 20_____.

Signature of Plaintiff _____

Mailing Address _____

_____

_____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern  District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Plaintiff: Lagale Brown

v.

Unknown Federal or State Agency, Defendant(s) (to be identified through discovery)

**CIVIL COMPLAINT**

I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 because this action arises under the Constitution and laws of the United States, including but not limited to 42 U.S.C. § 1983 and 18 U.S.C. §§ 241 and 242.

2. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over related state-law claims including assault, battery, medical battery, and abuse of a vulnerable adult under Pennsylvania law.

3. FTCA / Unknown Agency
This Court has jurisdiction under 28 U.S.C. § 1346(b)(1) because this action is a tort claim against the United States for injury caused by the negligent or wrongful acts of federal employees acting within the scope of their employment.

Jurisdiction is also based on 28 U.S.C. §§ 2671–2680, which authorize claims against the United States for personal injury or death caused by the negligent or wrongful acts or omissions of federal employees while acting within the scope of their duties.

Plaintiff is currently unaware of the specific federal agency responsible for the acts described herein; the agency and responsible employees will be identified through discovery.

Plaintiff has satisfied the FTCA administrative claim requirement by submitting a timely notice of claim to the appropriate federal agency, or by reserving the right to do so once the responsible agency is identified, as required by 28 U.S.C. § 2675(a).

Venue is proper under 28 U.S.C. § 1402(b) because the acts giving rise to this claim occurred within the Eastern District of Pennsylvania, where Plaintiff resides and where the unknown federal agency or its employees operate.

II. PARTIES

4. Plaintiff Lagale Brown is a U.S. citizen and resident of Pennsylvania.

5. Defendants include one or more unknown federal or state agencies and their employees acting under color of law, including but not limited to medical staff, supervisory officials, hospital administrators, contractors, and unknown co-conspirators. The identities of these agencies and employees are presently unknown to Plaintiff and will be determined through discovery.

III. FACTUAL ALLEGATIONS

6. Plaintiff was at all relevant times a patient and/or detainee in controlled institutional settings, including mental health or medical facilities in Pennsylvania.
Plaintiff is currently unaware of the specific agency or institutional entity responsible for the acts described herein. The acts were carried out by individuals or groups operating under the authority of an unknown agency, whose identities and roles will be determined through discovery.

7. Defendants owed Plaintiff a duty of care, constitutional protection, and adherence to informed consent and medical ethics.

8. Defendants knowingly and willfully subjected Plaintiff to acts causing severe neurological injury, including but not limited to brain damage, cognitive impairment, vascular injury, and cerebral embolic events.

9. These acts were carried out through assaultive conduct, exposure to harmful substances or agents, reckless or intentional medical misconduct, and non-consensual procedures.

10. Plaintiff did not provide informed consent to any conduct resulting in neurological injury.

11. Defendants acted individually and in concert, forming a conspiracy to deprive Plaintiff of constitutional rights and inflict physical and mental harm.

12. Plaintiff suffered serious bodily injury, including protracted loss or impairment of mental faculties, extreme pain, emotional distress, and ongoing medical harm.

13. Specific incidents include:

Exposure to harmful or unknown substances

Non-consensual medical procedures

Reckless or intentional acts causing cerebral embolic events

Defendants' failure to intervene or prevent harm despite knowledge

IV. CLAIMS FOR RELIEF

COUNT I – Deprivation of Civil Rights (42 U.S.C. § 1983)

14. Plaintiff realleges paragraphs 1–13 and asserts these claims against the unknown agency or agencies responsible for the acts described herein.

15. Defendants, acting under color of law, deprived Plaintiff of rights secured by the Fourth, Fifth, Eighth, and Fourteenth Amendments.

16. Defendants caused serious bodily injury, including permanent neurological impairment.

COUNT II – Municipal Liability (Monell Claim, 42 U.S.C. § 1983)

17. Plaintiff alleges that institutions and supervisory entities had policies, customs, or practices that directly resulted in the deprivation of Plaintiff's rights.

18. Defendants' actions represent official and unofficial policies that facilitated abuse, neglect, and non-consensual procedures.

COUNT III – Conspiracy to Interfere with Civil Rights (42 U.S.C. § 1985 / 18 U.S.C. § 241)

19. Defendants conspired to injure Plaintiff and prevent the free exercise of constitutional rights.

COUNT IV – Assault and Battery (Federal and Pennsylvania Law)

20. Defendants intentionally or recklessly caused harmful and offensive contact resulting in brain injury, cognitive impairment, and severe pain.

COUNT V – Medical Battery / Lack of Informed Consent

21. Defendants performed or facilitated medical or experimental acts without Plaintiff's informed consent, including acts causing neurological injury.

COUNT VI – Abuse of a Vulnerable Adult (Pennsylvania Law)

22. Plaintiff was a vulnerable adult under applicable Pennsylvania law.

23. Defendants knowingly inflicted physical and neurological harm, violating state protections for vulnerable adults.

COUNT VII – Negligence and Gross Negligence

24. Defendants breached duties of care owed to Plaintiff, directly causing injury and ongoing medical harm.

COUNT VIII – Intentional Infliction of Emotional Distress

25. Defendants' conduct was extreme, outrageous, and intended to cause, or recklessly disregarded the likelihood of causing, severe emotional distress.

Plaintiff will seek documents and records from the unknown agency or agencies once their identities are determined.

V. DAMAGES

26. Plaintiff suffered:

Permanent neurological injury

Cognitive impairment and memory loss

Pain and suffering

Emotional distress and psychological trauma

Medical expenses, past and future

Loss of quality of life and earning capacity

VI. RELIEF REQUESTED

Plaintiff respectfully requests:

A. Compensatory damages B. Punitive damages C. Declaratory relief recognizing the violation of constitutional rights D. Injunctive relief preventing further harm and mandating institutional oversight E. Costs and attorney's fees F. Any other relief the Court deems just and proper

VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Lagale Brown
Pro Se
Date: 2/2/2026

**Appendix A**

Militaries have researched directed energy systems such as high-powered microwaves and millimeter-wave technologies (e.g., the U.S. "Active Denial System," which can cause a burning sensation on the skin).

Causal to use of Radio Frequency This letter to DA Jack Stollseimer and Mayor Campbell about what Richard Ellis is doing to me. This is a warning that the Chief of Police has been exposed to boiling of body fluids at low pressure. The VA Hospital advised of this and said that Richard Ellis wants sex with 5,000 people before he dies. Both men and women. I used to be an intern at the DLA Troop Support in Philadelphia with Richard Ellis in 2010 to 2012.

TO PERSONNEL ON X
POTUS WHO VetAffairsOIG NJSP PAStatePolice FBIDirectorKash

The Navy reserves from Norfolk, Virginia has been helping Richard Ellis since 2015. Based upon what Ellis has confessed, I believe there is more than one agency involved. He does this in all 50 states and has recently forced five people to have sex with him Juno, Alaska, Hollywood, California, the doctor said he refuses to state the other three states that Richard Ellis stalked others in. Richard Ellis has AIDS and syphilis. The energy being used is being transferred here by accretion disc.
Below is the same explanation rewritten in formal forensic medical and biophysical language.

**Forensic Explanation of Vacuum Exposure and Low-Pressure Effects on Human Tissue**

Exposure of the human body to a vacuum or near-vacuum environment results in predictable physiological and pathological effects governed by well-established principles of physics and human biology. The primary mechanism involved is the reduction of ambient pressure to levels below the vapor pressure of water at normal body temperature, a phenomenon known as ebullism and bochulism.

At standard physiological temperatures, liquid water transitions to a gaseous state when surrounding pressure falls below approximately 47 millimeters of mercury. In a vacuum environment, this pressure threshold is exceeded, allowing water within bodily fluids and soft tissues to begin boiling without the addition of heat energy. This process does not involve instantaneous evaporation but rather progressive vapor formation within tissues.
Human tissues, including the brain, are composed predominantly of water and dissolved gases. Under low-pressure conditions, dissolved gases within blood and interstitial fluids come out of

solution, forming intravascular and extravascular gas bubbles. This process affects the body systemically rather than selectively, impacting all exposed tissues simultaneously.

The brain, while enclosed within the cranial vault, is not immune to these effects. Reduced ambient pressure leads to disruption of cerebral circulation through gas embolization, vascular collapse, and impaired perfusion. Cerebral blood flow rapidly diminishes, resulting in acute hypoxia and ischemia.

Loss of consciousness typically occurs within seconds due to cerebral oxygen deprivation, followed by progressive neuronal injury if exposure persists.
Importantly, brain tissue does not physically evaporate or disappear under vacuum conditions. Structural constraints imposed by the skull, meninges, and surrounding tissues limit rapid expansion. Cellular injury results primarily from hypoxic ischemic mechanisms, cerebral edema, and metabolic failure rather than dehydration or phase change of tissue mass.

The process is not instantaneous. The conversion of liquid water to vapor requires time and energy, and physiological collapse from hypoxia occurs prior to any significant loss of tissue moisture. Documented accidental vacuum exposures and experimental aerospace studies demonstrate rapid incapacitation but not immediate tissue destruction or loss of organ mass.

Medical outcomes of vacuum exposure depend on duration and the speed of repressurization. Brief exposures with prompt restoration of pressure may be survivable, although neurological injury may still occur. Prolonged exposure leads to irreversible brain damage and death secondary to sustained hypoxia and circulatory failure.

If death occurs, Postmortem findings associated with vacuum exposure typically include cerebral edema, vascular injury, hypoxic neuronal death, and evidence of gas embolization. There is no forensic evidence supporting complete evaporation or absence of brain tissue as a result of low-pressure exposure.

In summary, vacuum environments cause systemic physiological disruption through ebullism, gas expansion, hypoxia, and vascular failure. Neurological injury arises from oxygen deprivation and ischemic damage rather than physical evaporation of brain tissue. These effects are global, progressive, and well-documented within aerospace medicine and forensic pathology literature.